UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIANA SUNSHINE-LONGWAY;
BUENAVENTURA RIVERA,

                Plaintiffs,

-against-

THE SOCIETY FOR CREATIVE
ANACHRONISM, INC.,

                Defendant.

21-CV-3142 (CS)

ORDER OF SERVICE

CATHY SEIBEL, United States District Judge:

Plaintiffs, who are proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue a summons as to Defendant The Society for Creative Anachronism, Inc. Plaintiffs are directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiffs have not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

The Clerk of Court is directed to mail a copy of this order to Plaintiffs, together with an information package.

SO ORDERED.

Dated:   May 27. 2021
            White Plains, New York

                                                CATHY SEIBEL
                                             United States District Judge