# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHRISTIANA SUNSHINE LONGWAY, and BUENAVENTURA RIVERA | : | |
| | : | |
| Plaintiffs, | : | No.: 7:21 CV 03142 |
| v. | : | |
| | : | |
| THE SOCIETY FOR CREATIVE ANACHRONISM, INC., a/k/a/ "SCA" or "SCA, Inc.", | : | |
| Defendant | : | |

I, Jason Tauches, hereby declare under penalty of perjury that the following is true and correct:

1. I am the attorney of record for plaintiffs in the above-entitled action, and I am fully familiar with the facts of this matter.

2. I make this declaration in support of plaintiffs' motion for a subpoena, issued by the Court, compelling the production of records from the Westchester Department of Child Protective Services.

3. Among the allegations in this case is that a member of Defendant Society for Creative Anachronism, on or about April 11, 2018 called, or induced someone to call the New York Department of Child Protective services on Plaintiff Christiana Sunshine-Longway alleging child abuse or maltreatment.

4. The call initiated an investigation of Plaintiff Sunshine-Longway's family that disrupted the plaintiffs life and caused emotional damage.

5. CPS initiated the case as Case ID: 26981085, Stage ID: 31917213, for Jenna Sunshine-Longway, Cameron Sunshine-Longway, and Christiana Sunshine-Longway.

6. The investigation concluded that the allegations of abuse or maltreatment were unfounded.

7. At issue in this case is whether the reporter was associated with members of Defendant Society for Creative Anachronism; what abuse and maltreatment was reported to CPS; the steps CPS took to investigate the alleged abuse and maltreatment; the corrective actions required of Plaintiff Sunshine- Longway by CPS; and the ultimate findings of CPS as to the alleged abuse and maltreatment.

I declare under penalty of perjury that the foregoing is true and correct. Signed on March 24, 2022.

/s/ Jason E. Tauches
Jason E. Tauches