THE LAW OFFICE OF JASON TAUCHES
45 PROSPECT STREET, CAMBRIDGE, MA 02139
P: (617) 230-4992 F: (707) 581-1827
jtauches@taucheslaw.com

June 2, 2022

**VIA ECF**
The Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re: *Sunshine-Longway et al v. The Society for Creative Anachronism, Inc*, Case No. 7:21-cv-03142-CS, Joint Letter of the Parties Concerning Partial Settlement and Request for Referral to Magistrate Judge for Settlement Conference.**

Dear Judge Seibel,

Plaintiffs Christiana Sunshine-Longway and Buenaventura Rivera collectively ("Plaintiffs") and the Defendant Society for Creative Anachronism Incorporated. ("Defendant"), jointly advise the Court that they have settled all monetary damage claims in the above referenced case and that there are no outstanding discovery requests. A stipulation of partial dismissal which dismisses counts I, II, III, IV and V of the amended complaint (Document 25) with prejudice will be filed with the Court upon consummation of the settlement.

The parties also request referral of the matter to a Magistrate Judge for a settlement conference to attempt to resolve the remaining claim for injunctive relief. Alternatively, the parties request referral for Court sponsored mediation without cost to the parties.

In light of the partial settlement, Defendant no longer will be seeking leave to serve a dispositive motion. It is respectfully requested that the deadline for Plaintiffs to seek leave to move for injunctive relief be extended from June 3, 2022 to allow for the requested settlement conference or mediation to take place, with Defendant being allowed one week thereafter to respond. The Parties further propose that the status conference to be held on June 17, 2022 at 10:00 a.m. be rescheduled to a date after the settlement conference or mediation has taken place.

If the Court declines to reschedule the June 17 status conference, Plaintiffs' counsel requests permission to attend the status conference remotely. Plaintiffs' attorney had previously bought tickets to bring his family to France from June 15 to July 4th so that his two eldest children can spend the summer with their French grandparents. Defense counsel requests that no events

concerning this matter be scheduled between August 22-26, 2022, as counsel will be on vacation during said week.

      We thank the Court for its attention and anticipated cooperation with respect to the above requests.

Respectfully submitted,

For Plaintiffs:

/s/ Jason Tauches
Jason Tauches
Attorney for Christiana Sunshine-Longway and
Buenaventura Rivera


For Defendants:

MALAPERO PRISCO & KLAUBER LLP

Jeffrey N. Rejan (JNR 1580)
Attorney for Society for Creative Anachronism Incorporated