UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
CHRISTIANA SUNSHINE LONGWAY, and     Case No.: 21 CV 03142
BUENAVENTURA RIVERA,     (CS) (JCM)

                            Plaintiffs,     **STIPULATION OF**
         -against-     **PARTIAL**
             <u>**DISMISSAL**</u>

THE SOCIETY FOR CREATIVE ANACHRONISM, INC.,
a/k/a "SCA" or "SCA, Inc.",

                            Defendant.
-----------------------------------------------------------------------X

         **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the respective parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, Counts I, II, III, IV and V as contained in plaintiffs' amended complaint dated November 26, 2021 (Document 25) in the above-entitled action be and the same hereby are dismissed with prejudice, without interest, costs or attorney fees to any party as against the other;

         **IT IS FURTHER STIPULATED AND AGREED** that Count VI as contained in plaintiffs' amended complaint which seeks non-monetary injunctive relief is not dismissed and remains in full force and effect; and

         **IT IS FURTHER STIPULATED AND AGREED** that a copy of this stipulation bearing signatures transmitted electronically and/or signed in counterpart shall suffice in lieu of a fully executed original and that this stipulation may be electronically filed without further notice.

Dated:    New York, New York
            May 10, 2022

38K6999

THE LAW OFFICE OF JASON TAUCHES

By: Jason E. Tauches, Esq.
Attorney for Plaintiffs
45 Prospect Street
Cambridge, MA 02139
(617) 395-2736

MALAPERO PRISCO & KLAUBER LLP

By: Andrew L. Klauber (ALK4718)
Attorneys for Defendant
SOCIETY FOR CREATIVE
ANACHRONISM, INCORPORATED
271 Madison Avenue, 17th Floor
New York, New York 10016
(212) 661-7300

SO ORDERED:

_____
CATHY SEIBEL, U.S.D.J.

38K6999

Page 2 (82-1360)