THE LAW OFFICE OF JASON TAUCHES
45 PROSPECT STREET, CAMBRIDGE, MA 02139
P: (617) 230-4992 F: (707) 581-1827
jtauches@taucheslaw.com

August 9, 2022

The Honorable Cathy Seibel
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

**Re:** ***Sunshine-Longway et al v. The Society for Creative Anachronism, Inc***, **Case No. 7:21-cv-03142-CS, Joint Letter of the Parties Concerning Deadlines to File Pre-Motion Letters Ahead of August 30, 2022 Status Conference**

Dear Judge Seibel,

Plaintiffs Christiana Sunshine-Longway and Buenaventura Rivera collectively ("Plaintiffs") and the Defendant Society for Creative Anachronism, Inc. ("Defendant"), jointly advise the court that they are close to a settlement of the remaining claim for injunctive relief. Although the settlement conference with Magistrate Judge Judith C. McCarthy failed to produce a settlement, that settlement conference and two subsequent informal settlement conferences have caused the parties to believe that settlement is within reach.

In light of the continuing negotiations, the parties jointly request that the current deadlines for pre-motion letters be modified to August 12, 2022 for plaintiffs and August 19, 2022 for defendant.

We thank the Court for its attention and anticipated cooperation with the above request.

Respectfully submitted,

For Plaintiffs:

/s/ Jason Tauches
Jason Tauches
Attorney for Christiana Sunshine-Longway and
Buenaventura Rivera